UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| Brock Keadle, | Case No. 2:24-cv-01553-CDS-EJY |
| Plaintiff | **Order Granting Plaintiff's Withdrawal of Motion to Remand** |
| v. | |
| USAA Casualty Insurance Company, | [ECF No. 12] |
| Defendant | |

This insurance dispute was removed to federal court by defendant USAA Casualty Insurance Company based on diversity of citizenship under 28 U.S.C. §§ 1332, 1441(a) and (b), and 1446. Removal Pet., ECF No. 1. Plaintiff Brock Keadle moved to remand this action back to state court, arguing lack of diversity amongst the parties. Mot., ECF No. 9. After conferring with the defense, Keadle concedes there is diversity between the parties and seeks to withdraw the remand motion. Notice, ECF No. 12.  Therefore, Keadle's request to withdraw the motion to remand **[ECF No. 12] is GRANTED.**

Dated: October 2, 2024

_____
Cristina D. Silva
United States District Judge