Mary E. Bacon, Esq. (NV Bar No. 12686)
Jessica E. Chong, Esq. (NV Bar No. 13845)
SPENCER FANE LLP
300 S. Fourth Street, Suite 1600
Las Vegas, NV 89101
Telephone: (702) 408-3400
Facsimile (702) 938-8648
Email: mbacon@spencerfane.com
       jchong@spencerfane.com

*Attorneys for Defendant USAA
Casualty Insurance Company*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| **BROCK KEADLE**, <br><br> Plaintiff <br><br> v. <br><br> **USAA CASUALTY INSURANCE COMPANY**, <br><br> Defendant | Case No. 2:24-cv-01553-CDS-EJY <br><br> **STIPULATION TO DISMISS WITH PREJUDICE** |

Defendant, USAA Casualty Insurance Company ("Defendant"), by and through their counsel Spencer Fane LLP and Plaintiff, Brock Keadle ("Plaintiff"), by and through their counsel, Vannah & Vannah, hereby stipulate and agree to dismiss Plaintiff's Complaint with prejudice. Each party will bear its own fees and costs.

/ / /

/ / /

/ / /

/ / /

| | |
|---|---|
| Dated this 27th day of March, 2025. | Dated this 27th day of March, 2025. |
| VANNAH & VANNAH | SPENCER FANE LLP |

/s/ *L. DiPaul Marrero II*
Robert D. Vannah
Nevada Bar No. 002503
L. DiPaul Marrero II, Esq.
Nevada Bar No. 012441
400 S. Seventh Street, Suite 400
Las Vegas, Nevada 89101
*Attorneys for Plaintiff*

/s/ *Mary Bacon*
Mary E. Bacon, Esq.
Nevada Bar No. 12686
Jessica E. Chong, Esq.
NV Bar No. 13845
300 South Fourth Street, Suite 1600
Las Vegas, Nevada 89101
*Attorneys for Defendant*
*USAA Casualty Insurance Company*

Based on the parties' stipulation, this case is dismissed with prejudice, with each party to bear its own costs and fees. The Clerk of Court is kindly instructed to close this case.

_____
UNITED STATES DISTRICT JUDGE
Dated: March 27, 2025